Electronically Filed
Supreme Court
SCWC-18-0000678
13-SEP-2024
10:39 AM
Dkt. 16 OGAC

SCWC-18-0000678

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

In re FWH, by and through Aloha Nursing Rehab Centre,
Petitioner/Appellant-Appellant,

vs.

DEPARTMENT OF HUMAN SERVICES, STATE OF HAWAI'I,
Respondent/Appellee-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000678; CASE NO. 1CC171002013)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Appellant-Appellant Aloha Nursing Rehab Centre
for the benefit of F.W.H.'s application for writ of certiorari
filed on July 25, 2024, is accepted and will be scheduled for
oral argument.  The parties will be notified by the appellate
clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, September 13, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

